Lewis Roca Rothgerber LLP
201 E. Washington Street Suite 1200
Phoenix, Arizona 85004-2595
Telephone: 602.262.5311

Jon Weiss, State Bar No. 015350
   Direct Dial:  602.262.5382
   Direct Fax:  602.734.860
   EMail:  JWeiss@LRRLaw.com

**BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP**
200 West Madison
Chicago, IL  60606
Tel:  312.984.3100

Michael S. Elvin (*Admitted Pro Hac Vice*)
   EMail:  michael.elvin@bfkn.com
Matthew F. Singer (*Admitted Pro Hac Vice*)
   EMail:  matthew.singer@bfkn.com
Jessica L. Heckinger (*Admitted Pro Hac Vice*)
   EMail:  jessica.heckinger@bfkn.com

Attorneys for Defendants KTR Property Trust I,
Tempe Kyrene LLC, A. Donald Chase, Jr.,
John Dicola and Tariq Khan

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| EJM Kyrene Property LLC, an Arizona limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> KTR Property Trust I, a Maryland real estate investment trust; Tempe Kyrene LLC, a Delaware limited liability company; A. Donald Chase, Jr.; John Dicola; Tariq Khan, <br><br> Defendants. | No. 2:13-cv-02660-SRB <br><br> **DEFENDANTS' NOTICE OF SERVICE OF DISCOVERY OBJECTIONS, RESPONSES AND DOCUMENTS, AND RULE 26(A)(3) DISCLOSURES** |

Defendants KTR Property Trust I and Tempe Kyrene LLC ("Corporate Defendants) and Defendants A. Donald Chase, Jr., John DiCola, and Tariq Khan ("Individual Defendants") gives notice that they sent via electronic mail and U.S. Priority Mail (Tracking No. 9114 9999 4431 3100 9926 85), postage prepaid, the following documents to Plaintiffs' counsel of record on this date:

1113383

- 1st Request for Production;

- Individual Defendants' Amended Objections and Responses to Plaintiff's 1st Request for Production;

- Privileged Documents Log (dated 8/18/2015);

- Partially Privileged Documents Log (dated 8/18/2015);

- Documents Bates-labeled KTR-003656 to KTR-009567; and

- Defendants' Rule 26(a)(3) Disclosures Made Pursuant to the Court's May 14, 2015 Order

DATED: This 18th day of August 2015.

        BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP

        By  */s/ Matthew F. Singer*

        BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP

        Michael S. Elvin (Admitted *Pro Hac Vice*)
        Matthew F. Singer (Admitted *Pro Hac Vice*)
        Jessica L. Heckinger (Admitted *Pro Hac Vice*)

        LEWIS ROCA ROTHGERBER LLP

        Jon Weiss

        Attorneys for Defendants
        KTR Property Trust I, Tempe Kyrene LLC, A. Donald Chase, Jr., John DiCola, and Tariq Khan

1113383

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants to the following counsel of record:

Richard Q. Nye, Esq. (nye@nyeltd.com)
Benjamin J. Branson, Esq. (bbranson@nyeltd.com)
Anne Realdsen, Esq. (arealdsen@nyeltd.com)
RICHARD Q. NYE, LTD.
9141 East Hidden Spur Trail
Suite 105
Scottsdale, AZ  85255

　　　　　　　　　　　　　　　　　　　*/s/ Matthew F. Singer* _____

3

1113383